UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MEGAN NAVARRO | * | CIVIL ACTION |
| VERSUS | * | NO.   12-1958 |
| VERIZON WIRELESS, LLC, | * | SECTION:   S (JUDGE LEMMON) |
| CELLULAR SALES OF LOUISIANA, LLC AND RICHARD STILLWELL | * | MAG. (3) (JUDGE KNOWLES) |

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, MEGAN NAVARRO, who respectfully filed its First Supplemental and Amended Complaint. Plaintiff hereby amends and supplements its Original Complaint[1] to correct party names, add Cellular Sales of Louisiana, LLC's wholly owned parent company, Cellular Sales of Knoxville, Inc., and to allege specific facts based upon the most recently made information available, by providing the following:

I.

Paragraph 1 should be supplemented and amended to read as follows:

"1.

Made Defendants here are:

A) **VERIZON WIRELESS (VAW) LLC** ("Verizon"), a foreign limited liability company, authorized to do and doing business in the State of Louisiana, whose agent for service of process is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808;

---

[1] Plaintiff amends and/or supplements her Petition for Damages as filed in state court.

1

B) **CELLULAR SALES OF LOUISIANA, LLC,** ("Cellular Sales"), a domestic limited liability company, organized pursuant to and existing under the laws of the State of Louisiana, authorized to do and doing business in the State of Louisiana, whose agent for service of process is CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808;

C) **RICHARD STILLWELL,** a person of the full age of majority, domiciled in the City of Covington, Parish of St. Tammany, State of Louisiana.

D) **SALES ASSOCIATE AT CELLULAR SALES OF LOUISIANA, LLC**., upon information and belief named "Michael," and a person of the full age of majority, domiciled in the State of Louisiana.

E) **CELLULAR SALES OF KNOXVILLE, INC**., a foreign corporation incorporated under the laws of Tennessee and doing business in the State of Louisiana as the wholly owned parent company of Cellular Sales of Louisiana, LLC. Upon information and belief, Cellular Sales of Knoxville, Inc. is the management company of Cellular Sales of Louisiana, LLC and/or employs the same manager(s), Ms. Julie Dean, for both Cellular Sales of Louisiana, LLC and Cellular Sales of Knoxville, Inc."

II.

This Honorable Court has previously found subject matter jurisdiction as the claims presented raise issues under federal law, specifically the Stored Communications Act, 18 U.S.C. 2707.

III.

Plaintiff maintains that venue is proper pursuant to 28 U.S.C. §1391 as a substantial part of the events or omissions giving rise to the claim occurred within the Eastern District of Louisiana.

IV.

Paragraph 22. should be supplemented and amended to read as follows:

"22.

Petitioner, MEGAN NAVARRO, alleges that as a direct and proximate result of the intentional and negligent fault of the defendant herein, she has sustained damages in the following non-exclusive particulars:

a) Past, present, and future mental pain and suffering;

b) Mental distress;

c) Loss of enjoyment of life;

d) Lost wages (past, present, and future);

e) Inconvenience;

f) Embarrassment;

g) Humiliation;

h) Anxiety;

i) Attorney fees;

j) Punitive damages;

k) Costs; and,

l) Other consequential damages as may be ongoing, as well as any other equitable relief as this Court deems just and proper."

III.

Plaintiff supplements her Complaint by adding following consecutively numbered paragraphs 23 to 26:

"23.

Petitioner further alleges that the acts of Defendants complained of herein constituted a violation that was willful and intentional.

24.

In further support of Defendants' willful and intention acts, Plaintiff shows that in late October or early November 2012, two Verizon Wireless and/or Cellular Sales of Knoxville[2] employees were arrested in Bartow, Florida, by Bartow Police, for unlawfully transferring, storing, sharing, or otherwise disposing to their personal cellular phones, approximately 22 personal, nude photographs from a Verizon Wireless customer's cellular phone. Plaintiff alleges that a willful and intentional pattern of conduct was in existence and still does exist in Defendants' business activities.

25.

Because of the similar unlawful, willful, and intentional acts that are continuing to surface, Plaintiff avers that pursuant to 18 U.S.C.A. § 2707, punitive damages are further warranted as to the corporate defendants, Verizon Wireless and/or Cellular Sales of Louisiana, LLC and/or Cellular Sales of Knoxville, Inc.

26.

Plaintiff reserves her right to amend and/or supplement her Complaint as discovery progresses, including the right to pursue and certify a class action should discovery reveal a class proceeding is the most beneficial means to the Court, the parties and potential parties."

---

[2] Cellular Sales of Louisiana is a wholly owned subsidiary of Cellular Sales of Knoxville, Inc. See Rec. Doc. 16

IV.

Plaintiff reurges, reavers, and reasserts the entirety of her Original Complaint (Petition for Damages) as supplemented and amended herein.

V.

The undersigned certified that pursuant to the Court's Scheduling Order, a copy of the Original and First Supplemental and Amending Complaint, as well as a copy of the Court's Scheduling Order, will be served upon Cellular Sales of Knoxville, Inc.

**WHEREFORE,** Plaintiff, MEGAN NAVARRO, prays that this First Supplemental and Amending Complaint be filed and that Defendants, VERIZON WIRELESS (VAW), LLC, CELLULAR SALES OF LOUISIANA, LLC, RICHARD STILLWELL, SALES ASSOCIATE AT CELLULAR SALES, and CELLULAR SALES OF KNOXVILLE, INC. be served with a copy of this First Supplemental and Amending Complaint, cited to appear and answer same, and that after legal delays and due proceedings had, there be judgment herein in favor of Plaintiff, MEGAN NAVARRO, and against Defendants, VERIZON WIRELESS (VAW), LLC, CELLULAR SALES OF LOUISIANA, LLC, RICHARD STILLWELL, SALES ASSOCIATE AT CELLULAR SALES, and CELLULAR SALES OF KNOXVILLE, INC., with legal interest thereon from date of judicial demand, reasonable attorney fees, litigation costs reasonably incurred in this suit, all costs of experts, medical records, punitive damages, and any other equitable relief to which the Plaintiff is or may be entitled.

**PLAINTIFF FURTHER PRAYS** for a trial by jury.

**PLAINTIFF FURTHER PRAYS** for all orders and decrees necessary and proper in the premises which law, equity or the nature of the case may permit.

Respectfully Submitted:

**CARLETON | LORASO, L.L.C.**

/s/ Victor R. Loraso III
VICTOR R. LORASO III T.A. (#31239)
CARMEN T. HEBERT (#33179)
9311 Bluebonnet Boulevard, Suite B
Baton Rouge, LA 70810
(225) 282-0602 – Telephone
(877) 443-9889 – Facsimile
*Counsel for Plaintiff, Megan Navarro*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing *First Supplemental and Amending Complaint* via Notice of Electronic filing using this Court's CM/ECF system to counsel of record participating in the CM/ECF system, or by placing signed copies in the United States mail, postage prepaid, to counsel of record not participating in the CM/ECF system.

Dated: November 21, 2012.

/s/ Victor R. Loraso III
Victor R. Loraso III